1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN S. SEEFELDT

11              Plaintiff,                    No. 2:08-cv-3123 BJR

12        vs.

13   CALIFORNIA FORENSIC MEDICAL
     GROUP, et al.,
14              Defendants.                   ORDER FOR PAYMENT

15   _____/         OF INMATE FILING FEE

16   To:  The Sheriff of Solano County, Attention: Inmate Trust Account, 500 Union Avenue,

17   Fairfield, California 94533:

18          Plaintiff, a state prisoner proceeding *pro se* and in *forma pauperis*, is obligated to

19   pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is

20   assessed an initial partial filing fee of twenty percent of the greater of (a) the average monthly

21   deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for

22   the 6-month period immediately preceding the filing of this action. 28 U.S.C.  1915(b)(1). Upon

23   payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in

24   the amount of twenty percent of the preceding month's income credited to plaintiff's trust

25   account. The Sheriff of Solano County is required to the Clerk of Court the initial partial filing

26   fee and thereafter payments from plaintiff's account each time the amount in the account exceeds

1

$10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Sheriff of Solano County or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on the Sheriff of Solano County, Attention: Inmate Trust Account, 500 Union Avenue, Fairfield, California 94533.

3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: October 19 , 2009

/s/ Barbara Jacobs Rothstein
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT
COURT JUDGE