IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Brian S. Seefeldt

    Plaintiff,                           No. CIV S-08-cv-928 BJR

vs.

Solano County Custody Division, et. al

    Defendants.                      ORDER

_____/

       By an order filed October 19, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

       IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED this 22nd day of December, 2009.

                                        /s/ Barabara Jacobs Rothstein
                                        BARBARA JACOBS ROTHSTEIN
                                        UNITED STATES DISTRICT COURT
                                        JUDGE

1