1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN S. SEEFELDT,           )<br>            Plaintiff,                    )<br>                                         )<br>        v.                               )<br>                                         )<br>                                         )<br>SOLANO COUNTY CUSTODY )<br>DIVISION, et al.                  )<br>            Defendants.             ) | CASE NO.   CIV S-08-00928 BJR<br><br>ORDER GRANTING MOTION FOR<br>RECONSIDERATION |

_____

     Before court is Plaintiff Brian S. Seefeldt's Motion for Reconsideration. (Dkt. No. 34.) Plaintiff filed the motion on January 13, 2009 in response to this court's December 22, 2009 order dismissing this case without prejudice for failure to complete and return to the court in a timely manner the forms necessary to effect service on defendants. (Dkt. No. 32.) Plaintiff claims that he is entitled to the requested relief because he did not receive the USM-285 forms from the Clerk's Office.

     The court hereby GRANTS Plaintiff's Motion for Reconsideration. The Clerk's Office is instructed to resend the USM-285 forms, a summons, instruction sheet, and a copy of the August 19, 2009 Second Amended Complaint to Plaintiff. Plaintiff must complete and return the forms

1

1  within thirty days from the date of this order or his case will be dismissed.

2       DATED this 5th day of February, 2010.

                                  /s/    Barbara Jacobs Rothstein
                                Barbara Jacobs Rothstein
                                U.S. District Court Judge