IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN S. SEEFELDT,            )<br>         Plaintiff,               )<br>                                       )<br>         v.                             )<br>                                       )<br>                                       )<br>SOLANO COUNTY CUSTODY   )<br>DIVISION, et al.                   )<br>         Defendants.           ) | CASE NO.    CIV S-08-00928 BJR<br><br>ORDER REGARDING SUBMISSION<br>OF USM-285 FORMS |

_____

     By an order filed March 5, 2010, this court instructed Plaintiff to complete and return to the court, within sixty days, the USM-285 forms necessary to effect service on Defendants. (Dkt. No. 40.) That sixty-day period has since passed, and Plaintiff has not responded to the order. Previously, on December 22, 2009, this court dismissed this action due to Plaintiff's failure to submit the USM-285 forms. (Dkt. No. 32.) Plaintiff filed a motion for reconsideration in which he claimed that he had not received the forms from the Clerk's Office. (Dkt. No. 34.) On February 5, 2010, the court granted Plaintiff's motion, instructed the Clerk's Office to resend the requisite forms, and ordered Plaintiff to return the forms by March 8, 2010 or have his case dismissed. (Dkt. No. 35.) On February 22, 2010, Plaintiff requested a two week extension to file

the USM-285 forms. (Dkt. No. 36.) The court granted the motion on March 5, 2010. (Dkt. No. 40.) This deadline—or more precisely, Plaintiff's failure to meet it—is the subject of this order.

Plaintiff is a pro se litigant pursuing this case from within the confines of the California state prison system. The court is cognizant of the obstacles that may be present as a result of Plaintiff's circumstances. Accordingly, the court will grant Plaintiff a final thirty-day extension to file the USM-285 forms. No further extensions will be granted. If the forms are not filed within thirty days from the dated of this order, the case will be dismissed with prejudice.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff must submit the USM-285 forms within thirty days of the date of this order. Failure to do so will result in dismissal with prejudice.

DATED this 17th day of May, 2010.

/s/ Barbara Jacobs Rothstein

Barbara Jacobs Rothstein
U.S. District Court Judge